**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| MR. TYRA ELLIOTT, | ) | |
|      Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 15-cv-2541-SHL-dkv |
| | ) | |
| SHERATON MEMPHIS DOWNTOWN, | ) | |
|      Defendant. | ) | |
| | ) | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION FOR *SUA SPONTE* DISMISSAL**

Before the Court is the Magistrate Judge's Report and Recommendation for *Sua Sponte* Dismissal of Plaintiff's Complaint. (ECF No. 6.) In the Report and Recommendation, the Magistrate Judge recommends that the case be dismissed without prejudice for failure to exhaust administrative remedies and failure to state a claim. (Id. at 11.)

Pursuant to Federal Rule of Civil Procedure 72(b)(2), "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). The Report and Recommendation was filed on August 31, 2015, and no objections have been filed. (ECF No. 6.) The time for filing objections has expired. See Fed. R. Civ. P. 5(b)(2), 6(d), 72(b)(2).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note.

On clear-error review of the Magistrate Judge's Report and Recommendation, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. Accordingly, the case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED,** this 28th day of September, 2015.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE